UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARGARET KIPHART,<br><br>               Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. 2:18-cv-02217-APG-PAL<br><br>**ORDER**<br><br>(Am. Compl. – ECF No. 8) |

Plaintiff Margaret Kiphart has submitted an Amended Complaint (ECF No. 8) in accordance with the court's Screening Order (ECF No. 4) dismissing the original complaint with leave to amend. The court has reviewed the amended complaint and finds that it cures the deficiencies noted in the screening order.

Accordingly,

**IT IS ORDERED**:

1. The Clerk of Court shall **ISSUE SUMMONS** to the United States Attorney for the District of Nevada and **DELIVER** the summons and Amended Complaint (ECF No. 8) to the U.S. Marshal for service.

2. The Clerk of Court shall also **ISSUE SUMMONS** to the Commissioner of Social Security and the Attorney General of the United States.

3. Ms. Kiphart shall **SERVE** the Commissioner by sending a copy of the summons and Amended Complaint by certified mail to: (1) Office of Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, California 94105-1545; and (2) Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Room 4400, Washington, D.C. 20530.

1

4. Following the Commissioner's filing of an answer, the court will issue a scheduling order setting a briefing schedule.

5. From this point forward, Ms. Kiphart shall serve upon the Commissioner or, if appearance has been entered by counsel, upon the attorney, a copy of every pleading, motion, or other document filed with the Clerk of Court pursuant to LR IC 1-1 and 4-1 of the Local Rules of Practice. In accordance with LR IC 4-1(d), the parties shall include with each filing a certificate of service stating that a true and correct copy of the document was served on an opposing party or counsel for an opposing party and indicating how service was accomplished. The court may disregard any paper received by a district judge or magistrate judge that has not been filed with the Clerk of Court, and any paper received by a district judge, magistrate judge, or the Clerk of Court that fails to include a certificate of service.

Dated this 21st day of December, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE